# EXHIBIT "D"

California
Secretary of State

Business UCC Login

Home

Search

Forms

Help

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over **17 million** business documents.*

## *Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates*

1. *Create a **biz**file online account or login to your existing **biz**file Online account.*
2. *Navigate back to the Search page, then locate and select the entity using the search tool below.*
3. *Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.*
4. *Complete your request online.*

***Need help?** For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.*

## *What's Included in Search*

***Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations.***

*PDF copies of recent **Statements of Information** and other filings.*

*Distinguishable entity names to be checked for name availability.*

GREYSTAR REAL ESTATE PARTNERS, LLC (200906810158)

| | |
|---|---|
| *Initial Filing Date* | 03/06/2009 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 465 MEETING STREET, SUITE 500<br>CHARLESTON, SC 29403 |
| *Mailing Address* | 465 MEETING STREET, SUITE 500<br>CHARLESTON,SC29403 |
| *Statement of Info Due Date* | 03/31/2027 |
| *Agent* | 1505 Corporation<br>C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JOHN MONTIJO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DIANA RUIZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>SARAI MARIN<br>330 N BRAND BLVD, GLENDALE, CA<br><br>EMANUEL JACOBO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GLADYS AGUILERA<br>330 N BRAND BLVD, GLENDALE, CA |

Skip to main content State

Business UCC

Home

Search

Forms

Help

*obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper [Business Entity Records Order Form](#).*

## *Search Tips*

*Search by **entity name** or **entity number** (remove "C" from number).*

*Performs a "keyword" search.*

*Results limited to the **500 closest matches**.*

*Advanced Search*

- *Use for **Publicly Traded Disclosure** Search.*
- ***Refine search** by specific entity type or grouping (e.g., Nonprofit Mutual Benefit Corporation or All Corporations), entity status, and/or Initial Filing Date range.*
- ***Begins with** filter for refined queries.*
- *View **more than the 500 default** results.*

## *Important Notes*

***Disclaimer:** All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

***Need help?** For more information, select [Forms](#) on the menu, view the [Help Guide](#) or [Video Library](#). To contact the California Secretary of State's office, view the [Contact Information](#).*

## GREYSTAR REAL ESTATE PARTNERS, LLC (200906810158)

| | |
|---|---|
| *Initial Filing Date* | 03/06/2009 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 465 MEETING STREET, SUITE 500<br>CHARLESTON, SC 29403 |
| *Mailing Address* | 465 MEETING STREET, SUITE 500<br>CHARLESTON,SC29403 |
| *Statement of Info Due Date* | 03/31/2027 |
| *Agent* | 1505 Corporation<br>C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JOHN MONTIJO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DIANA RUIZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>SARAI MARIN<br>330 N BRAND BLVD, GLENDALE, CA<br><br>EMANUEL JACOBO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GLADYS AGUILERA<br>330 N BRAND BLVD, GLENDALE, CA |

[Skip to main content](#) State

Business UCC

Advanced

Home

Search

Forms

Help

Results: 1

| Entity Information | Initial Filing Date | S |
|---|---|---|
| GREYSTAR REAL ESTATE PARTNERS, LLC (200906810158) | 03/06/2009 | A |

## GREYSTAR REAL ESTATE PARTNERS, LLC (200906810158)

| | |
|---|---|
| *Initial Filing Date* | 03/06/2009 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 465 MEETING STREET, SUITE 500<br>CHARLESTON, SC 29403 |
| *Mailing Address* | 465 MEETING STREET, SUITE 500<br>CHARLESTON,SC29403 |
| *Statement of Info Due Date* | 03/31/2027 |
| *Agent* | 1505 Corporation<br>C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JOHN MONTIJO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DIANA RUIZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>SARAI MARIN<br>330 N BRAND BLVD, GLENDALE, CA<br><br>EMANUEL JACOBO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GLADYS AGUILERA<br>330 N BRAND BLVD, GLENDALE, CA |

© 2025 CA Secretary of State