# EXHIBIT "E"

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Jason L. Maves, Esq. (SBN: 321526)
Sweet James, LLP
4220 Von Karman Ave, Suite 200
Newport Beach, CA 92660
TELEPHONE NO.: (949) 644-1000
ATTORNEY FOR *(name):* Plaintiff,

*FOR COURT USE ONLY*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 East Walnut Street
MAILING ADDRESS: SAME
CITY AND ZIP CODE: Pasadena, 91101
BRANCH NAME: Pasadena Courthouse

PLAINTIFF: Frank Amezcua
DEFENDANT: Greystar California Inc., et al.

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: 24NNCV06088

To *(name of one defendant only):* Greystar Real Estate Partners, LLC
Plaintiff *(name of one plaintiff only):* Frank Amezcua
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| 1. **General damages** | | |
| a. | ☑ Pain, suffering, and inconvenience | $ 2,000,000.00 |
| b. | ☑ Emotional distress. | $ 250,000.000 |
| c. | ☐ Loss of consortium | $ |
| d. | ☐ Loss of sociey and companionship *(wrongful death actions only)* | $ |
| e. | ☐ Other *(specify)* | $ |
| f. | ☐ Other *(specify)* | $ |
| g. | ☐ Continued on Attachment 1.g. | |
| 2. **Special damages** | | |
| a. | ☑ Medical expenses *(to date)* | $ 35,485.00 to date |
| b. | ☑ Future medical expenses *(present value)* | $ Acc. to Proof |
| c. | ☑ Loss of earnings *(to date)* | $ Acc. to Proof |
| d. | ☑ Loss of future earning capacity *(present value)* | $ Acc. to Proof |
| e. | ☐ Property damage | $ |
| f. | ☐ Funeral expenses *(wrongful death actions only)* | $ |
| g. | ☐ Future contributions *(present value) (wrongful death actions only)* | $ |
| h. | ☐ Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| i. | ☐ Other *(specify)* | $ |
| j. | ☐ Other *(specify)* | $ |
| k. | ☐ Continued on Attachment 2.k. | |

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ ______
when pursuing a judgment in the suit filed against you.

Date: 3/12/2025

Jason L. Maves, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

**CIV-050**

| | |
|---|---|
| PLAINTIFF: Frank Amezcua<br>DEFENDANT: Greystar California Inc., et al. | CASE NUMBER:<br>24NNCV06088 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify)*:
   b. on *(name)*:
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served)*:
   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:
2. Manner of service *(check proper box)*:
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section)*:
      ☐ additional page is attached.
3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e: ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)
   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

***(For California sheriff, marshal, or constable use only)***
I certify that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
03/13/2025
CT Log Number 548625608

## Service of Process Transmittal Summary

**TO:** ELENA DIAZ, Complex Lit Lead Para
Greystar Real Estate Partners, LLC
465 MEETING ST STE 500
CHARLESTON, SC 29403-4832

**RE:** **Process Served in California**

**FOR:** Greystar Real Estate Partners, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: Frank Amezcua // To: Greystar Real Estate Partners, LLC

**CASE #:** 24NNCV06088

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition

**PROCESS SERVED ON:** C T Corporation System, GLENDALE, CA

**DATE/METHOD OF SERVICE:** By Process Server on 03/13/2025 at 07:33

**JURISDICTION SERVED:** California

**ACTION ITEMS:** CT has retained the current log, Retain Date: 03/13/2025, Expected Purge Date: 03/18/2025

Image SOP

Email Notification, ELENA DIAZ ctsop@greystar.com

Email Notification, Jill Streett jill.miles@greystar.com

Email Notification, Rebecca Harris rebecca.harris@greystar.com

**REGISTERED AGENT CONTACT:** C T Corporation System
330 N BRAND BLVD
STE 700
GLENDALE, CA 91203
866-203-1500
DealTeam@wolterskluwer.com

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED | DATE/METHOD OF SERVICE | TO | LOG NUMBER |
|---|---|---|---|
| -- | By Process Server on 12/02/2024 at 13:18 | ELENA DIAZ, Complex Lit Lead Para<br>Greystar Real Estate Partners, LLC | 547896885 |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Mar 13, 2025
**Server Name:** Michael Barreto

| | |
|---|---|
| Entity Served | GREYSTAR REAL ESTATE PARTNERS, LLC |
| Case Number | 24NNCV06088 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |