Brian D. Karth
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
**Central District of California**
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

January 21, 2026

Superior Court of California – Pasadena Courthouse
300 E. Walnut Street
Pasadena, CA 91101

FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2026
CENTRAL DISTRICT OF CALIFORNIA
BY

Re: Case Number: 2:25-cv-11330-WLH-RAO
Previously Superior Court Case No. 24NNCV06088
Case Name: Frank Amezcua v. Greystar California Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on 01/16/2026, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: */s/ Lori Muraoka*
Deputy Clerk
lori_muraoka@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

1-23-2026
Date

By: J. JO-FUNG
Deputy Clerk

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

NORTHEAST DISTRICT-PASADENA COURTHOUSE
300 EAST WALNUT STREET
PASADENA, CALIFORNIA 91101-1580

SANTA CLARITA CA 913
27 JAN 2026 PM 5 L

US POSTAGE IMI PITNEY BOWES
ZIP 91101 $ 000.74⁰
02 4W
0000388248 JAN. 27. 2026

Sub

RECEIVED
U.S. DISTRICT COURT
JAN 2 9 2026

90012-330934